RAFAELA MÁRQUEZ RIVERA y OTROS, demandantes y recurridos, *v.* FRANCISCO y OSVALDO CARDONA GONZÁLEZ, demandados y peticionarios.

*Número:* CC-95-76          *Resuelto:* 6 de octubre de 1995

*Jorge Manrique*, abogado de la parte peticionaria.

## RESOLUCIÓN

Visto el recurso presentado y los documentos que lo acompañan, *se deniega la petición de "certiorari".* El Tribunal de Circuito de Apelaciones actuó correctamente al denegar el recurso por falta de jurisdicción.

La nueva Ley de la Judicatura de Puerto Rico de 1994, Ley Núm. 1 de 28 de julio de 1994 (4 L.P.R.A. sec. 22 *et seq.*), creó el Tribunal de Circuito de Apelaciones y consolidó en un solo Tribunal de Instancia las secciones del Superior y de Distrito.

Este ordenamiento exige mayor rigurosidad en la práctica apelativa ante este Tribunal, en lo referente a la doctrina vigente sobre frivolidad y temeridad, y la consabida imposición de sanciones u honorarios de abogados.

Apercibimos a los abogados de que en el futuro los recursos frívolos estarán expuestos a tales sanciones.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General.

*(Fdo.)* Francisco R. Agrait Lladó
*Secretario General*